# PD-0512-15

AUSTIN, TEXAS

MARIO QUINTERO,
TDCJ-CID #1878429,

FILED IN
COURT OF CRIMINAL APPEALS

MAY 22 2015

Abel Acosta, Clerk

**RECEIVED IN COURT OF CRIMINAL APPEALS**

MAY 19 2015

CCA # PD-0512-15

Abel Acosta, Clerk

Appellant/Petitioner,

V.

THE STATE OF TEXAS,

Appellee/Respondent.

§
§
§
§
§
§
§
§
§

COA # 04-13-00596-CR

**RECEIVED IN COURT OF CRIMINAL APPEALS**

MAY 20 2015

TC # 11-07-10748-CR

Abel Acosta, Clerk

## PETITIONER'S MOTION TO WAIVE COPY REQUIREMENTS

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Petitioner Mario Quintero respectfully moves the Court to waive the 11-copy filing requirement of Tex.R.App.P. 9.3(b)(1). He asks the Court to allow him to file only one copy of his Petition for Discretionary Review (PDR), as authorized by Tex.R.App.P. 2.

This case is pending before the Court. Mr. Quintero's PDR is due on July 14, 2015. Mr. Quintero is indigent, and he cannot make the required number of copies under Tex.R.App.P. 9.3(b)(1). The Texas Department of Criminal Justice Correctional Institutions Division does not provide a copy machine at the Connally Unit for inmates to use. Mr. Quintero does not have enough supplies to prepare 11 copies of his PDR. He cannot comply with Tex.R.App.P. 9.3(b)(1).

Mr. Quintero respectfully asks the Court to grant him permission to file only one copy of his PDR. He asks the Court to waive Tex.R.App.P. 9.3(b)(1) and invoke Tex.R.App.P. 2.

WHEREFORE, Petitioner Mario Quintero respectfully asks the Court to grant this Motion.

SUBMITTED and SUBSCRIBED on this the **15** day of **MAY**, 2015.

Respectfully submitted,

*Mario J. Quintero*
Mario Quintero, Pro Se

TDCJ-CID #1878429
Connally Unit
899 FM 632
Kenedy, Texas 78119

## DECLARATION

"I, Mario Quintero, TDCJ-CID #1878429, presently incarcerated in the Texas Department of Criminal Justice Correctional Institutions Division at the Connally Unit in Karnes County, Texas, declare under penalty of perjury under Chapter 132 of the Texas Civil Practice and Remedies Code and 28 U.S.C. § 1746, that the facts stated in this Motion to Waive Copy Requirements are true and correct and that I placed this Motion in the prison mailbox on this date.

"Executed on this the 15 day of MAY , 2015."

MArio J. Quintero
Mario Quintero

Mr. Marion Quintero
TDCJ-CID #1878429
Connally Unit
899 FM 632
Kenedy, Texas 78119

Court of Criminal Appeals of Texas
Court Clerk
P.O. Box 12308
Capitol Station
Austin, Texas 78711

Re: Mario Quintero v. The State of Texas, CCA # PD-0512-15

Dear Court Clerk:

Please file the enclosed Motion to Waive Copy Requirements. Please notify me
of any action taken by the Court on my case.

Thank you.

Respectfully submitted,

MArio J. Quintero
Mario Quintero

5/15/15
Date

## CERTIFICATE OF SERVICE

I certify that on this the 15 day of MAY , 2015, I served the following parties with a true and correct copy of this Motion to Waive Copy Requirements by U.S. mail through the prison mailbox in a postpaid package to the addresses below:

Edward F. Shaughnessy, III
Attorney at Law
206 E. Locust Street
San Antonio, Texas 78212

State Prosecuting Attorney
P.O. Box 13046
Capitol Station
Austin, Texas 78711

*Mario J. Quintero*
Mario Quintero